

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171 & 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On September 13, 2019, appellant filed his brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.10 in that the brief includes sensitive data, specifically the name of a person who was a minor at the time the offense was committed, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.10.

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.10 by or before **September 20, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court